IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jackson, Kia N | Case Number: 08 B 30685 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 03/10/09 | Filed: 11/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 26, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,500.00 | 0.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 27,577.23 | 0.00 |
| 4. | American Express Travel Relate | Unsecured | 725.07 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 1,402.67 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 1,223.70 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 452.21 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 1,258.20 | 0.00 |
| 9. | HSBC Mortgage Services | Unsecured | 38,849.60 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 1,070.08 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 700.00 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 1,283.47 | 0.00 |
| 13. | Ilx Resorts | Secured | | No Claim Filed |
| 14. | Calumet Condo Association | Unsecured | | No Claim Filed |
| 15. | NOES | Unsecured | | No Claim Filed |
| 16. | CMRE Financial Svcs | Unsecured | | No Claim Filed |
| 17. | CMRE Financial Svcs | Unsecured | | No Claim Filed |
| 18. | Direct Loans | Unsecured | | No Claim Filed |
| 19. | Concord Service Corporation | Unsecured | | No Claim Filed |
| 20. | DEGY Investments | Unsecured | | No Claim Filed |
| 21. | Ilx Resorts | Unsecured | | No Claim Filed |
| 22. | Comcast | Unsecured | | No Claim Filed |
| | | | $ 78,042.23 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jackson, Kia N | Case Number: 08 B 30685 |
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 11/11/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*